# ((EXHIBIT A))

ExtraSpace Storage

5649 South Blvd
Charlotte, NC 28217

(980) 443 - 5777 / extraspace.com

October 24, 2024 3:12 PM EDT

## Move In - Store

Transaction # 260277402 / Josh H

| | |
|---|---|
| **Rent P45**<br>10/27/24 - 02/26/25 | 196.00 |
| **Administration Fee** | 29.00 |
| **Transaction Total** | **$225.00** |

## Payment Method

| | |
|---|---|
| **Mastercard ending in 9328** | 225.00 |
| **Payment Total** | **$225.00** |

*Merchandise Returns will be accepted in original packaging within 30 days of purchase.*

Give yourself one less thing to worry about by signing up for easypay at:

**myaccount.extraspace.com**




# PAYMENT HISTORY

5649 South Blvd, Charlotte, NC, 28217

Filter By

| Unit | Date | | Total/R( |
|---|---|---|---|
| P45 | 04/01/2025 | $167.00 | View |
| P45 | 10/24/2024 | $225.00 | View |

5649 South Blvd
Charlotte, NC 28217

(980) 443 - 5777 / extraspace.com

April 01, 2025 4:38 PM EDT

## Payment - Store

Transaction # 289955125 / Kelly C

| | |
|---|---|
| **Rent P45**<br>02/27/25 - 04/26/25 | 152.00 |
| **Late Fee (15/15)** | 15.00 |
| Subtotal | 167.00 |
| Manager Credit | -92.00 |
| **Transaction Total** | **$75.00** |

## Payment Method

| | |
|---|---|
| **Mastercard ending in 4568** | 75.00 |
| **Payment Total** | **$75.00** |

*Merchandise Returns will be accepted in original packaging within 30 days of purchase.*

Give yourself one less thing to worry about by signing up for easypay at:

**myaccount.extraspace.com**

Gmail NCCO Logistices <info.ncco@gmail.com>

# Your account is past due

**Extra Space Storage** <email@info.extraspace.com> Sat, Mar 1, 2025 at 12:44 PM
Reply-To: <noreply@info.extraspace.com>
To: Aseel Salih Khalaf Al Samaidaee <info.ncco@gmail.com>

You can sign up for easy pay to live reminder free. | View in browser

Extra Space Storage

## PAST DUE REMINDER

Hi Aseel,

Just in case this slipped off your to-do list, this is a friendly reminder your monthly payment is due for unit P45 at 5649 South Blvd.

A quick one-time payment can be made online; simply have your credit card ready to process your payment.

**MAKE A PAYMENT**

This link is valid for 48 hours.

You can also make a payment using these options:

- Online at myaccount.extraspace.com
- By phone: (980) 443-5777
- Download the Extra Space Storage app and tap "Pay"

Download on the App Store | GET IT ON Google Play

If you have already made your monthly payment, please disregard this email.

Thank you,
Your Extra Space Storage Team

5649 South Blvd
Charlotte, NC 28217